1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| HENG ZHAO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Petitioner, |  |
| v. |  |
| JOHN ASHCROFT, et al., |  |
| Respondents. |  |

1:05-cv-00068-OWW- TAG HC

ORDER TO RESPONDENT TO FILE
FILE PETITIONER'S ALIEN FILE

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

**DISCUSSION**

Petitioner originally filed his petition on January 18, 2005. (Doc. 1). On April 5, 2005, Petitioner filed an amended petition, alleging that he is a native of China who is subject to a final order of removal. (Doc. 7, p. 2). Petitioner also alleges that he has been in the custody of ICE since December 7, 2004, and that his continued detention is in violation of § 241(a) of the Immigration

1

1   and Naturalization Act, and the United States Supreme Court's decision in <u>Zadvydas v. Davis</u>, 121

2   S.Ct. 2491 (2001).  (Doc. 7, p. 2).  Petitioner requests his immediate release or, alternatively, his

3   release on bond.  (<u>Id.</u> at p. 4).  Petitioner does not challenge the underlying final order of removal.

4        On June 6, 2005, the Court issued to Respondent an Order to Show Cause why the amended

5   petition should not be granted.  (Doc. 10).  The order stated, in part, that "Respondent SHALL

6   INCLUDE a copy of Petitioner's Alien File and any and all other documentation relevant to the

7   determination of the issues raised in the petition."  (Doc. 10, p. 2).  On July 18, 2005, Respondent

8   filed its response to the Court's Order to Show Cause.  (Doc. 11).  Respondent contends in its

9   response that Petitioner has failed to cooperate with the removal process and has failed to

10  demonstrate that his removal is not likely to occur in the reasonably foreseeable future.  (Doc. 11, p.

11  5).  To date, however, Respondent has not complied with the Court's order of June 6, 2005 to file

12  Petitioner's Alien File.

13       Considering the scant information in the present record, the Court believes that Petitioner's

14  Alien File would assist the Court in determining the issues in this case.

15  **ORDER**

16       Accordingly, IT IS HEREBY ORDERED that Respondent SHALL FILE Petitioner's Alien

17  File with the Court within twenty (20) days of the date of service of this order.

18

19  IT IS SO ORDERED.

20  **Dated:    September 19, 2005**              **/s/ Theresa A. Goldner**
    j6eb3d                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2